STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE GABRIEL MIRABAL RIVERA                          Case No.   11-06217-MCF

MARISOL ORSINI MONTANYA          Chapter 13          Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [X] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [X] Substitute | M. Vega | | |

Date & Time:   8/31/2011  10:00:00AM

[X] R       [ ] NR    LV:  0

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**
[X] Yes            [ ] No

**III. Plan**

Date:   07/22/2011          Base:     $30,000.00    Payments 1 made out of  1 due.

Confirmation Hearing Date:     10/14/2011  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $1,025.00  =  $1,975.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE GABRIEL MIRABAL RIVERA     Case No.   11-06217-MCF

MARISOL ORSINI MONTANYA     Chapter 13     Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote |   [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) To file business and income expenses. Clarify additional $100 expense at sch. J regarding "profession expenses"; amend plan accordingly.

 

**s/Rosamar García**     Date:    08/31/2011

**Trustee/Presiding Officer**     (Rev. 02/11)